LODGED
JUN 2 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
JUN 27 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR01-4105-001-MWB |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1: 06 CR 00217 OWW |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: YOLANDA MADRIGA[L] | DISTRICT Northern District of Iowa | DIVISION Western Division |
|---|---|---|
| | NAME OF SENTENCING JUDGE MARK W. BENNETT | |
| | DATES OF SUPERVISED RELEASE: | FROM 8/05/04   TO 8/04/08 |

OFFENSE

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) Possession With Intent to Distribute Cocaine

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF IOWA"

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_1/25/06_
Date

_Mark W. Bennett_
Chief United States District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6-23-06_
Effective Date

_____
United States District Judge